# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **David Perdue,** *et al.* | ) | |
| | ) | |
| **v.** | ) | CIVIL ACTION FILE |
| | ) | |
| **Brian Kemp, in his official capacity** | ) | No. 1:22-CV-53-MHC |
| **as the Governor of Georgia,** *et al.* | ) | |
| | ) | |

## [PROPOSED] ORDER

This matter having come before the Court by motion of proposed Amici Curiae A Strong Georgia, Inc. and Advancing Conservative Values, Inc., seeking leave to file an amicus brief in the above-captioned matter, and the Court having reviewed the file and pleadings herein, and being otherwise fully advised in the matter, hereby finds good cause to allow amicus participation.

IT IS HEREBY ORDERED:

The Motion for Leave to File an Amicus Curiae Brief in Support of Defendants is GRANTED.

This 19th day of January, 2022.

The Honorable Mark H. Cohen
United States District Judge