## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **DAVID PERDUE, et al.,** | |
| **Plaintiffs,** | **CIVIL ACTION FILE** |
| **v.** | **NO. 1:22-CV-53-MHC** |
| **BRIAN KEMP, in his official capacity as the Governor of Georgia, et al.,** | |
| **Defendants.** | |

## <u>ORDER</u>

It is hereby **ORDERED** that a hearing on Plaintiffs' Motion for a Preliminary Injunction [Doc. 2] shall be held before the undersigned on January 31, 2022, at 2:00 P.M. in Courtroom 1905, United States Courthouse, Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia. Each side shall have up to forty-five (45) minutes for oral argument.

**IT IS SO ORDERED** this 25th day of January, 2022.

_____
MARK H. COHEN
United States District Judge