IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVID PERDUE, and<br>PERDUE FOR GOVERNOR, INC.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>BRIAN KEMP, in his official capacity as Governor of Georgia, *et al.*,<br><br>    *Defendants*. | CIVIL ACTION FILE<br><br>NO. 1:22-CV-53-MHC |

## NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 4, notice is hereby given that Defendants Georgians First Leadership Committee, Inc. ("Georgians First") and Brian Kemp, in his personal capacity, appeal to the United States Court of Appeals for the Eleventh Circuit from the Court's Order dated February 7, 2022 (ECF 58) granting Plaintiffs' Motion for Preliminary Injunction.

Respectfully submitted this 9th day of March, 2022,

*/s/ Vincent R. Russo*
Vincent R. Russo (GA Bar 242628)
Edward A. Bedard (GA Bar 926148)
Carey A. Miller (GA Bar 976240)
Robbins Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
T: (678) 701-9381
F: (404) 856-3255
E: vrusso@robbinsfirm.com
  ebedard@robbinsfirm.com
  cmiller@robbinsfirm.com

*Counsel for Defendants*
*Georgians First Leadership Committee, Inc.*
*and Brian Kemp, in his personal capacity*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D, I hereby certify that this paper has been prepared in Times New Roman, 14-point font, one of the font and point selections approved by this Court in Local Rule 5.1C.

This 9th day of March, 2022.

/s/ *Vincent R. Russo*
Vincent R. Russo (GA Bar 242628)
Robbins Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
T: (678) 701-9381
F: (404) 856-3255
E: vrusso@robbinsfirm.com

*Counsel for Defendants*
*Georgians First Leadership Committee, Inc.*
*and Brian Kemp, in his personal capacity*

## CERTIFICATE OF SERVICE

I hereby certify that, on this day, I caused a true and correct copy of the foregoing document to be filed with the clerk's office using this Court's CM/ECF system, which will automatically send notice of such filing to all counsel of record.

This 9th day of March, 2022.

/s/ *Vincent R. Russo*
Vincent R. Russo (GA Bar 242628)
Robbins Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
T: (678) 701-9381
F: (404) 856-3255
E: vrusso@robbinsfirm.com

*Counsel for Defendants*
*Georgians First Leadership Committee, Inc.*
*and Brian Kemp, in his personal capacity*