# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

KEVIN P. WEIMER  
DISTRICT COURT EXECUTIVE  
AND CLERK OF COURT

DOCKETING SECTION  
404-215-1655

March 9, 2022

Clerk of Court  
U.S. Court of Appeals, Eleventh Circuit  
56 Forsyth Street, N.W.  
Atlanta, Georgia   30303

**U.S.D.C. No.: 1:22-cv-0053-MHC**  
**U.S.C.A. *No.:* 00-00000-00**  
*In re: David Perdue, et al. v. Brian Kemp, et al.*

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, Order and Docket Sheet appealed enclosed.** |
| ___ | This is not the first Notice of Appeal. |
| ___ | There is no transcript. |
| **X** | **The court reporter is Judith M. Wolff.** |
| ___ | There is sealed material in this case. |
| ___ | Other: . |
| **X** | **Fee paid; Receipt Number AGANDC-11643663.** |
| ___ | Appellant has been   leave to file *in forma pauperis*. |
| ___ | This is a bankruptcy appeal.   The Bankruptcy Judge is Judge . |
| ___ | The Magistrate Judge is . |
| **X** | **The District Judge is Mark H. Cohen.** |
| ___ | This is a **DEATH PENALTY** appeal. |

                         Sincerely,

                         Kevin P. Weimer  
                         District Court Executive  
                         and Clerk of Court

                         By:   /s/ <u>Ms. Carter</u>  
                                Deputy Clerk

Enclosures