# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DAVID PERDUE; and PERDUE FOR GOVERNOR, INC., <br><br>            Plaintiffs,<br><br>  v.<br><br>BRIAN KEMP, in his personal capacity and his official capacity as the Governor of Georgia; CHRISTOPHER M. CARR, in his official capacity as the Attorney General of Georgia; JAMES D. KEYENBUHL, in his official capacity as Chairman of the Georgia Government Transparency and Campaign Finance Commission; ERIC L. BARNUM, in his official capacity as Vice Chair of the Georgia Government Transparency and Campaign Finance Commission; ROBERT A. WATTS, in his official capacity as a Member of the Georgia Government Transparency and Campaign Finance Commission; DARRYL HICKS, in his official capacity as a Member of the Georgia Government Transparency and Campaign Finance Commission; RICK THOMPSON, in his official capacity as a Member of the Georgia Government Transparency and Campaign Finance Commission, and GEORGIANS FIRST LEADERSHIP COMMITTEE, INC.,<br><br>            Defendants. | Case No. 1:22-cv-00053-MHC |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Local Rule 41.1, and the Court's Order of February 3, 2023, Plaintiffs hereby VOLUNTARILY DISMISS their claims against all Defendants in the above captioned matter. Defendants have not answered or moved for summary judgment.

Respectfully submitted, this 6th day of February, 2023.

WILEY REIN LLP
Michael Toner
(*pro hac vice*)
Brandis L. Zehr
(*pro hac vice*)
Stephen J. Obermeier
(*pro hac vice*)
Jeremy J. Broggi
(*pro hac vice*)
Krystal B. Swendsboe
(*pro hac vice*)
2050 M Street, NW
Washington, DC 20036
Phone: (202) 719-7000
Fax: (202) 719-7049

By:  /s/ *Jill Deutchman*
Jill Allison Deutchman
Georgia Bar No. 212715
Deutchman Law, LLC
3340 Peachtree Rd. NE
Suite 2570
Atlanta, GA 30326
404-994-4944
Fax: 404-994-4944
Email: jill@deutchmanlaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing has been prepared in accordance with the font type and margin requirements of N.D. Ga. L.R. 5.1, using font type of Times New Roman and a point size of 14.

February 6, 2023                         By:   /s/ *Jill Deutchman*
                                        Jill Allison Deutchman
                                        Deutchman Law, LLC
                                        3340 Peachtree Rd. NE
                                        Suite 2570
                                        Atlanta, GA 30326
                                        404-994-4944
                                        Fax: 404-994-4944
                                        Email: jill@deutchmanlaw.com

                                        *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2023, I electronically filed Plaintiffs' Amended Verified Complaint with the Clerk of Court for the United States District Court for the Northern District of Georgia, Atlanta Division, using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> H. Christopher Bartolomucci,
> Annika M. Boone,
> Brian Field,
> Erik Scott Jaffe,
> Loree Anne Paradise,
> Gene C. Schaerr,
> Edward Bedard,
> Vincent Robert Russo, Jr
> Jason Brett Torchinsky, and
> Elizabeth Marie Wilson Vaughan.

>             /s/ *Jill A. Deutchman*
>             Jill Allison Deutchman
>             Georgia Bar No. 212715

Deutchman Law, LLC
3340 Peachtree Rd. NE
Suite 2570
Atlanta, GA 30326
404-994-4944
Fax: 404-994-4944
Email: jill@deutchmanlaw.com